JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, | Case No. CV 18-10625-DMG (KSx) |
| Plaintiff, | |
| v. | |
| WIND CHIME PROPERTIES, L.P., et al., | JUDGMENT |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendants Wind Chime Properties, L.P. and White Spring Associates, Inc. on the basis of mootness, and denied Plaintiff Antonio Fernandez's motion for summary judgment, by Order dated July 6, 2020 [Doc. # 60],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of all Defendants and against Plaintiff as to the Americans with Disabilities Act claim. The Unruh Act claim is dismissed without prejudice.

DATED: July 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE